UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL MAURICE DIXON, JR.,

        Plaintiff,                      Case No. 23-cv-12632
                                                  Hon. Matthew F. Leitman

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS,

        Defendant.
_____/

**JUDGMENT**

For the reasons stated in the order issued on this date, it is ORDERED and ADJUDGED that this case is DISMISSED.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT
                                   By:   s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 13, 2024
Detroit, Michigan